## United States District Court — Violation Notice

CVB Location Code: EV12

Violation Number: 4842881
Officer Name (Print): MAGE
Officer No.: 511

4842881

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense: 02/04/2015 1730
Offense Charged: 32 CFR 634.25(f) / VSC 46.2-878
Place of Offense: 9th Street / Annadale Way

Offense Description: Factual Basis for Charge:
Speed (36mph in 20mph)

HAZMAT ☐

**DEFENDANT INFORMATION**
Last Name: Barma
First Name: Atay
M.I.: K

Tag No.: VAC 8137
State: VA
Year: 02
Make/Model: Volkswagen
Color: Silver

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ 97.00 Forfeiture Amount
+ $25 Processing Fee
PAY THIS AMOUNT → $ 122.00 Total Collateral Due

**YOUR COURT DATE**
Court Address: 401 Court House Sq, Alexandria VA
Date: 04/20/2015
Time: 0900

X Defendant Signature: [signed]

(Rev. 01/2011) Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 4 February, 2015 while exercising my duties as a law enforcement officer in the Eastern District of Virginia

while conducting traffic enforcement on Fort Belvoir, I observed a silver sedan traveling in the oncoming lanes at a visibly high rate of speed. Verified by radar to be 36mph in a 20mph zone. Traffic stop conducted. Driver identified by his Virginia drivers license to be Mr. Barma. Check of registration and drivers license came back valid. CVB was issued.

Radar (Raptor) SN: RP06372

Tuning Forks: 35mph 53600
              65mph 49552

The foregoing statement is based upon:
☒ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 02/04/2015   Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident.